FILED
U.S DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 14 PM 12: 14



LORETTA G. WHYTE
CLERK



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA     \*     CRIMINAL NO. 94-373

v.     \*     SECTION: "M"

PAUL ARD     \*

\*     \*     \*

## RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, who respectfully represents:

PAUL ARD pleaded guilty in the Eastern District of Louisiana on February 2, 1995, for violations of Title 21, United States Code, Section 846, relative to conspiracy to distribute in excess of five grams of cocaine base.

On May 3, 1995, Mr. Ard was sentenced to a term of 262 months of custody at the Bureau of Prisons, to be followed by a five (5) year term of supervised release upon release from prison. (A copy of the Judgment and Probation/Commitment Order is attached as Exhibit 1.)

The terms and conditions of Mr. Ard's supervised release are set forth in Exhibit 1 as well as in the Petition for Warrant or Summons for Offender Under Supervision, filed on March

___ Fee_____
___/ Process_____
_X_ Dktd_____
_✗_ CtRmDep_____
___ Doc. No._____

2, 2005. (A Copy of the Petition for Warrant or Summons for Offender Under Supervision is attached as Exhibit 2 and incorporated by reference.)

Mr. Ard violated the terms and conditions of his supervised release in the manner set forth in Exhibit 1 and Exhibit 2.

**WHEREFORE**, the government prays that PAUL ARD be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause, if any he can, why the term of supervised release granted, should not be revoked for his failure to abide by the terms of said supervised release.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

WILLIAM J. QUINLAN, JR.
Assistant United States Attorney
Bar Roll No. 22600
Hale Boggs Federal Building
500 Poydras Street, Suite 210B
New Orleans, Louisiana 70130
Telephone: (504) 680-3028

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this _____ day of _____ 20____.

_____
Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs. PAUL ARD
___1723 WEST HALL ST.___
SLIDELL, LA. 70460

___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___
(SOC. SEC. NO.)

CRIMINAL ACTION

___94-373 - SEC."M"___
(CASE NO./SEC.)

_____JUDGMENT AND PROBATION/COMMITMENT ORDER_____

In the presence of the attorney for the government,     Month     Day     Year
the defendant appeared in person on this date ---------( MAY 3, 1995                    )

**WITH COUNSEL**     ARTHUR L. HARRIS, 201 ST. CHARLES AVE., NOLA 70170
                              (Name of Counsel)
     Court Reporter: RHONDA BALLARD     Courtroom Deputy: BETTY PERKINS

**A PLEA OF GUILTY HAVING BEEN ENTERED ON FEB. 2, 1995 TO COUNTS 1 AND 3 OF THE INDICTMENT** and the court being satisfied that there is a factual basis for the plea. There being a finding of **GUILTY** as charged.

Defendant has been convicted as charged of the offense(s) of 21 USC 846 AND 21 USC 841(a)(1)

The sentence is imposed pursuant to the Sentencing Reform Act of 1984. It is the judgment of the Court that the defendant, Paul Ard, is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 262 months as to Counts 1 and 3, to run concurrently. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years as to Counts 1 and 3, to run concurrently. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released. While on supervised release, the defendant shall comply with the standard general conditions that have been adopted by this court. In addition, the following special conditions are imposed: The defendant shall participate in a program of testing and/or treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall contribute to the cost of such treatment to the extent that the defendant is deemed capable by the probation officer. On motion of the Government, IT IS ORDERED that all remaining counts as to this defendant are hereby **DISMISSED.**

**IT IS FURTHER ORDERED** that the defendant shall pay to the United States a special assessment of $50.00 as to Count(s) 1 and 3, for a total assessment of $100.00.

**IT IS FURTHER ORDERED** that the defendant notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid. In addition to the special conditions of probation imposed above, **IT IS HEREBY ORDERED** that the general conditions of probation/supervised release set out on the reverse side be imposed.

IT IS FURTHER ORDERED:
[ ] The defendant shall pay any fines that remain unpaid at the commencement of the term
     of supervised release.
[ ] The court has determined that the defendant does not have the ability to pay interest.
     The interest requirement is (waived) (modified as follows):

SIGNED BY:
X____U.S. District Judge
____U.S. Magistrate

(Date) MAY 3, 1995

CERTIFIED AS A TRUE COPY
ON THIS DATE _5-4-95_

BY: _Betty Perkins_
     Deputy Clerk

GOVERNMENT
EXHIBIT
"1"

Prob12C (7/93)

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Louisiana

GOVERNMENT EXHIBIT "2"

U.S. DIS
EASTERN DISTRICT OF LA

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

2005 MAR -4 PM 3: 32

LORETTA G. WHYTE

Name of Offender: PAUL ARD                    Case Number: 053L 2:94CR00373-06 RM

Name of Sentencing Judicial Officer:  Honorable Peter Beer

Offense: 21 U.S.C. 846 and 21 U.S.C. 841(a)(1) - Conspiracy to distribute cocaine base(crack) and possession with intent to distribute cocaine base

Date of Sentence:  May 03, 1995

Sentence: 262 months custody of the Bureau of Prisons as to Counts 1 and 3, to run concurrently, followed by a five year term of supervised release as to Counts 1 and 3, to run concurrently.  A $100.00 special assessment fee as also ordered.  Ard's sentence was later reduced to 14 months custody of the Bureau of Prisons asto Counts 1 and 3, to run concurrently.

Special Conditions:

1. Drug treatment

Type of Supervision:     Supervised Release          Date Supervision Commenced:  December 29, 2003

Assistant U.S. Attorney:     William J. Quinlan, Jr.          Defense Attorney:  Arthur L. Harris

---

## PETITIONING THE COURT

[ X ]  To issue a warrant                                        [  ]  To issue a summons

For the arrest of Paul Ard for alleged violations of  Supervised Release , and that he be brought before Magistrate Judge Louis Moore, Jr., on March 10, 2005, at 2:00 p.m. for an Initial Appearance Hearing and before this court on March 30, 2005, at 1:30 p.m.  to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition | Paul Ard was arrested by personnel of the Drug Enforcement Administration on August 3, 2004, for the offense of conspiracy to distribute and to possess with intent to distribute five grams or more of cocaine base and quantities of cocaine hydrochloride.  An indictment for conspiracy to distribute and to possess with intent to distribute five grams or more of cocaine base and quantities of cocaine hydrochloride was filed in the Eastern District of Louisiana, under criminal docket number 04-242, section A. On November 22, 2004, Ard pled guilty to conspiracy to distribute and to possess with intent to distribute five grams or more of cocaine base and quantities of cocaine hydrochloride.  On March 1, 2005 Ard was sentenced by the Honorable Jay C. Zainey to serve 157 months in the custody of the Bureau of Prisons. |
| Special Condition No. 1 | Information received from Family Services of Slidell, Louisiana indicated that Ard submitted a urine specimen on May 26, 2004, which tested positive for cocaine. |

____ Fee _____
____ Process _____
_X_ Dkd _____
____ CtRmDep _____
____ Doc. No. _____

CUSTODIAL STATUS: Paul Ard is in federal custody at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 02, 2005

_____
Jeffrey D. Hupp
Senior U.S. Probation Officer

REVIEWED BY:

_____
Christy L. Waters
Supervising U. S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

3/2/05
_____
Date

Address of Offender:   Unknown (Detained)

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
    Original    - Clerk's Office
    1 Copy Certified    - U.S. Attorney
    1 Copy Certified    - U.S. Marshal's Office
    2 Copies Certified  - U.S. Probation Office

NOTICE TO THE AUSA: DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING